# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GEORGE, *et al.*,<br><br>                         Plaintiffs,<br><br>     v.<br><br>GROSSMONT CUYAMACA<br>COMMUNITY COLLEGE DISTRICT<br>BOARD OF GOVERNORS, *et al.*,<br><br>                         Defendants. | Case No. 22-cv-00424-BAS-BLM<br><br>**ORDER REQUIRING RESPONSE TO *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER (ECF No. 40)** |

On March 30, 2022, Plaintiffs filed this action against three California Community College Districts and members of their Boards of Trustees.   (Compl., ECF No. 1.) Plaintiffs are employees or students of the districts "who because of deeply held religious beliefs or medical conditions, are unable or unwilling to receive the COVID-19 vaccine." (*Id.* ¶ 2.)   They allege Defendants' mask, testing, and vaccine requirements concerning COVID-19 violate Plaintiffs' constitutional rights.   (*Id.* ¶¶ 219–322.)   Hence, Plaintiffs seek declaratory and injunctive relief that would stop Defendants' mask, testing, and vaccine requirements.   (*Id.* ¶¶ 323–66.)

On June 20, 2022, Plaintiffs filed executed waivers and proofs of service for thirty-seven Defendants.   (ECF Nos. 3–39.)   On the same day, Plaintiffs filed an *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary

22cv0424

Injunction Should Not Issue ("TRO Application"). (ECF No. 40.) The TRO Application seeks preliminary relief that would, among other things: (1) enjoin "Defendants from enforcing [their] vaccine/testing/masking mandates and subsequent regulations and/or advisories"; and (2) "restore the employment, with backpay, of employees who have been laid off or forced to retire as a result of this vaccine mandate." (TRO Application Mem. 23:24–27, ECF No. 40-1.)

Having reviewed the TRO Application, the Court **ORDERS** Defendants to file a response by **Friday, July 1, 2022**. Further, consistent with this Court's Standing Order for Civil Cases § 4(e), counsel for Defendants should endeavor to "coordinate and consolidate" their response. Finally, because Defendants have not yet appeared, the Court **ORDERS** Plaintiffs to serve a copy of this order on Defendants (or their counsel where applicable) no later than **Friday, June 24, 2022**. Plaintiffs must file a single declaration confirming this service no later than **Monday, June 27, 2022**.

**IT IS SO ORDERED.**

**DATED: June 23, 2022**

Hon. Cynthia Bashant
United States District Judge

22cv0424