|   |   |
|---|---|
| 1 | ARTIANO SHINOFF |
| 2 | Paul V. Carelli, IV, Esq. (SBN 190773)<br>pcarelli@as7law.com |
| 3 | Maurice A. Bumbu, Esq. (SBN 325343)<br>mbumbu@as7law,com |
| 4 | 3636 Fourth Avenue, Suite 200<br>San Diego, California 92103 |
| 5 | Telephone: 619-232-3122<br>Facsimile: 619-232-3264 |
| 6 | Attorneys for Defendant SAN DIEGO |
| 7 | COMMUNITY COLLEGE DISTRICT |

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| JUDY GEORGE, et al., | Case No.: 3:22-cv-424-L-AGS-DDL |
|---|---|
| Plaintiffs, | Dept.: 5B<br>Judge Andrew G. Schopler<br>Magistrate: Judge David D. Leshner |
| v. | |
| GROSSMONT CUYAMACA<br>COMMUNITY COLLEGE DISTRICT<br>GOVERNING BOARD, et al, | **SAN DIEGO COMMUNITY COLLEGE DISTRICT'S NOTICE OF ORDER TO PLAINTIFFS** |
| Defendants. | Action Date: March 30, 2022<br>Trial date: December 12, 2025 (Final Pretrial Conference) |

TO ALL PARTIES: On April 2, 2025, the Court (Magistrate Judge David D. Leshner) issued an Order, Dkt. No. 150, as follows:

Minute Order Changing Time. The Discovery Conference set for <u>April 3, 2025</u> will begin at <u>9:45 a.m</u>. Please note, this is a TIME CHANGE ONLY. All other instructions, including the Zoom credentials for appearances, remains the same. Counsel for SDCCD shall provide notice of this order to the pro se plaintiffs by noon today. (Discovery Conference set for 4/3/2025 09:45 AM before Magistrate Judge David D. Leshner.)

///

///

///

1

| | |
|---|---|
| Dated: April 2, 2025 | ARTIANO SHINOFF |
| | By: _____ |
| | Paul V. Carelli, IV |
| | Maurice A. Bumbu |
| | Attorneys for Defendant SAN DIEGO COMMUNITY COLLEGE DISTRICT |

2

SAN DIEGO COMMUNITY COLLEGE DISTRICT'S NOTICE OF ORDER TO PLAINTIFFS    3:22-cv-424-L-AGS-DDL
{AS7 Law San Diego/001037/000607/PL/S0594107.DOCX}

*George, et al. v. Grossmont Cuyamaca CCD, et al.*
*Southern District Case No.: 3:22-cv-00424-AGS-DDL*

## PROOF OF SERVICE

### (State and Federal Court)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made. My business address is 3636 Fourth Avenue, Suite 200, San Diego, California 92103.

On April 2, 2025, I served the following document(s):

**1. SAN DIEGO COMMUNITY COLLEGE DISTRICT'S NOTICE OF ORDER TO PLAINTIFFS**

☒ **BY ELECTRONIC SERVICE** via e-mail sent to the parties listed in the service list without electronic error on April 2, 2025, by Nopealey Lay at nlay@as7law.com.

| | |
|---|---|
| Dora Meza<br>25671 Hallmark Circle<br>Homeland, CA 92548<br>dora.meza@att.net<br>(619) 414-0535<br><br>**PRO SE** | WALSH & ASSOCIATES, APC<br>Dennis J. Walsh, Esq. (SBN 106646)<br>16633 Ventura Boulevard, Suite 800<br>Encino, CA 91436<br>dwalsh@walshlawyers.com<br>arutter@walshlawyers.com<br>dzryd@walshlawyers.com<br>Telephone: 818-986-1776<br>Facsimile: 818-382-2071<br><br>**Attorneys for Defendant**<br>**SOUTH ORANGE COUNTY**<br>**COMMUNITY COLLEGE DISTRICT** |
| Paul Bonkowski<br>15 Fleurance Street<br>Laguna Niguel, CA 92677<br>planngwaccuracy@yahoo.com<br>(949) 444-4524<br><br>**PRO SE** | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 2, 2025, at San Diego, California.

/s/ Nopealey Lay
Nopealey Lay