WALSH & ASSOCIATES, APC
16633 Ventura Boulevard, Suite 800
Encino, CA 91436
Telephone: (818) 986-1776
Facsimile: (818) 382-2071
DENNIS J. WALSH, Esq. (SBN 106646)
Email: dwalsh@walshlawyers.com

Attorneys for Defendants SOUTH ORANGE COUNTY COMMUNITY COLLEGE DISTRICT, KATHLEEN F. BURKE, SOCCCD BOARD OF TRUSTEES, MARCIA MILCHIKER, TIMOTHY JEMAL, CAROLYN INMON, BARBARA J. JAY, T.J. PRENDERGAST III, JAMES R. WRIGHT, TERRI WHITT RYDELL, CINDY VYSKOCIL, ELLIOT STERN, JOHN C. HERNANDEZ

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GEORGE, PATRICIA SPARKS, CARLOS DE LA LAMA, DORA MEZA, JESS PEREZ, PAUL BONKOWSKI, MARY KATE PLANETA,<br><br>Plaintiffs,<br><br>v.<br><br>GROSSMONT CUYAMACA COMMUNITY COLLEGE DISTRICT, LYNN NEAULT, GROSSMONT CUYAMACA COMMUNITY COLLEGE DISTRICT GOVERNING BOARD, DEBBIE JUSTESON, ELENA ADAMS, BRAD MONROE, LINDA CARTWRIGHT, JULIE SCHORR, AIMEE GALLAGHER, SAN DIEGO COMMUNITY COLLEGE DISTRICT, CARLOS O. TURNER CORTEZ, SAN DIEGO COMMUNITY COLLEGE DISTRICT BOARD OF TRUSTEES, BERNIE RHINERSON. CRAIG | Case No.: 3:22-cv-00424-AGS-DDL<br>Dept.: 5C<br>Judge Andrew G. Schopler<br>Magistrate: Judge David D. Leshner<br><br>**SOUTH ORANGECOUNTY COMMUNITY COLLEGE DISTRICT'S NOTICE OF ORDER**<br><br>Action Date: March 30, 2022<br>Final Pretrial Conf: December 12, 2025<br>Trial date:   Not Set |

1

South Orange County
Community College District's
Notice of Order

Case No. 3:22-cv-00424-AGS-DDL

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | MILGRIM, GEYSIL ARROYO, MARIA NIETO SENOUR, MARY GRAHAM, GREG SMITH, SOUTH ORANGE COUNTY COMMUNITY COLLEGE DISTRICT, KATHLEEN F. BURKE, SOUTH ORANGE COUNTY COMMUNITY COLLEGE DISTRICT BOARD OF TRUSTEES, MARCIA MILCHIKER, TIMOTHY JEMAL, CAROLYN INMON, BARBARA J. JAY, T.J. PRENDERGAST III, JAMES R. WRIGHT, TERRI WHITT RYDELL, CINDY VYSKOCIL, ELLIOT STERN, JOHN C. HERNANDEZ,<br><br>         Defendants. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On April 2, 2025, the Court (Magistrate Judge David D. Leshner) issued an Order, Dkt. No. 152, as follows:

The Court held a discovery conference on 4/2/25 to address a dispute that arose during a deposition. For the reasons discussed on the record, the Court sets a further Status Conference for April 3, 2025 at 9:30 a.m. in Courtroom 15B of the James M. Carter and Judith N. Keep United States Courthouse. Alexander Haberbush, Deborah Pauly, Dennis Walsh and pro se plaintiff Paul Bonkowski are ORDERED to appear. Appearances may be made in person or by video using the following zoomgov.com credentials:

Meeting ID: 160 871 5027

Passcode: 081076

The Discovery Conference set for April 3, 2025 will proceed directly after the Status Conference using the same credentials.

///

///

2

**Defendants South Orange County Community College District's Non-Opposition to Plaintiff Counsel's Motion to Withdraw**          Case No. 3:22-cv-00424-AGS-DDL

Counsel for South Orange County Community College District Board of Trustees shall promptly serve notice of this Order on Mr. Haberbush and Ms. Pauly.

Dated: April 2, 2025                    WALSH & ASSOCIATES, APC

By: ___/s/ *Dennis J. Walsh*___
Dennis J. Walsh, Esq.
Attorney for SOCCCD Defendants

3

**Defendants South Orange County Community College District's Non-Opposition to Plaintiff Counsel's Motion to Withdraw**                    **Case No. 3:22-cv-00424-AGS-DDL**

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action; my business address is 16633 Ventura Boulevard, Suite 800, Encino, California 91436.

On the date herein below specified, I electronically served the foregoing document, described as set forth below on the interested parties in this action addressed as follows:

DATE OF SERVICE     :     April 2, 2025

DOCUMENT SERVED  :

**SOUTH ORANGECOUNTY COMMUNITY COLLEGE DISTRICT'S NOTICE OF ORDER**

PARTIES SERVED      :

| Plaintiff: | Counsel for SDCCD: |
|---|---|
| Dora Meza<br>25671 Hallmark Circle<br>Homeland, CA  92548<br>(619) 414-0535<br>dora.meza@att.net<br><br>Paul Bonkowski<br>15 Fleurance Street<br>Laguna Niguel, CA  92677<br>(949) 444-4524<br>planngwaccuracy@yahoo.com | ARTIANO SHINOFF<br>Paul V. Carelli, IV, Esq.<br>pcarelli@as7law.com<br>Jack M. Sleeth Jr.108638<br>jsleeth@as7law.com<br>3636 Fourth Avenue, Suite 200<br>San Diego, California 92103<br>Telephone: 619-232-3122<br>Facsimile: 619-232-3264 |

XXX  (BY ELECTRONIC MAIL)  I caused such document(s) described above to be delivered via electronic mail via Adobe PDF format to the attorneys listed above. I served the document(s) described above by emailing to the person(s) at the electronic address(es) listed above. I did not receive any electronic message or indication that the transmission was unsuccessful. My email address is dzryd@walshlawyers.com.

**Defendants South Orange County Community College District's Non-Opposition to Plaintiff Counsel's Motion to Withdraw**     Case No. 3:22-cv-00424-AGS-DDL

<u>XXX</u>  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED at Encino, California on April 2, 2025.

*[signature]*
Deanna Zryd

5

**Defendants South Orange County Community College District's Non-Opposition to Plaintiff Counsel's Motion to Withdraw**          **Case No. 3:22-cv-00424-AGS-DDL**

# **PROOF OF SERVICE**

STATE OF CALIFORNIA  )
                                              )
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action; my business address is 16633 Ventura Boulevard, Suite 800, Encino, California 91436.

    On the date herein below specified, I electronically served the foregoing document, described as set forth below on the interested parties in this action addressed as follows:

DATE OF SERVICE    :    April 2, 2025

DOCUMENT SERVED  :

**SOUTH ORANGECOUNTY COMMUNITY COLLEGE DISTRICT'S NOTICE OF ORDER**

PARTIES SERVED    :

| Non-Associated In Counsel of Record for Plaintiff Paul Bonkowski:<br><br>Alexander Haberbush, Esq.<br>ahaberbush@lexrex.org<br>Deborah Pauly<br>dpauly@lexrex.org<br>LEX REX INSTITUTE<br>444 West Ocean Boulevard<br>Suite 1403<br>Long Beach, CA 90802<br><br>kjones@lexrex.org | |
|---|---|

XXX  (BY ELECTRONIC MAIL)  I caused such document(s) described above to be delivered via electronic mail via Adobe PDF format to the attorneys listed above. I served the document(s) described above by emailing to the person(s) at the electronic address(es) listed above. I did not receive any electronic message or indication that the transmission was unsuccessful. My email address is dzryd@walshlawyers.com.

6

**Defendants South Orange County Community College District's Non-Opposition to Plaintiff Counsel's Motion to Withdraw**        **Case No. 3:22-cv-00424-AGS-DDL**

<u>XXX</u>  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED at Encino, California on April 2, 2025.

*Deanna Zryd*
Deanna Zryd

**Defendants South Orange County Community College District's Non-Opposition to Plaintiff Counsel's Motion to Withdraw**     **Case No. 3:22-cv-00424-AGS-DDL**