WALSH & ASSOCIATES, APC
16633 Ventura Boulevard, Suite 800
Encino, CA 91436
Telephone: (818) 986-1776
Facsimile: (818) 382-2071
DENNIS J. WALSH, Esq. (SBN 106646)
Email: dwalsh@walshlawyers.com

Attorneys for Defendants SOUTH ORANGE
COUNTY COMMUNITY COLLEGE
DISTRICT, KATHLEEN F. BURKE, SOCCCD
BOARD OF TRUSTEES, MARCIA
MILCHIKER, TIMOTHY JEMAL, CAROLYN
INMON, BARBARA J. JAY, T.J.
PRENDERGAST III, JAMES R.
WRIGHT, TERRI WHITT RYDELL, CINDY
VYSKOCIL, ELLIOT STERN, JOHN C.
HERNANDEZ

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GEORGE, PATRICIA SPARKS, CARLOS DE LA LAMA, DORA MEZA, JESS PEREZ, PAUL BONKOWSKI, MARY KATE PLANETA, | Case No.: 3:22-cv-00424-AGS-DDL<br>Dept.: 5C<br>Judge Andrew G. Schopler<br>Magistrate: Judge David D. Leshner |
| Plaintiffs, | |
| v. | **SOUTH ORANGE COUNTY COMMUNITY COLLEGE DISTRICT'S NOTICE OF ORDER** |
| GROSSMONT CUYAMACA COMMUNITY COLLEGE DISTRICT, LYNN NEAULT, GROSSMONT CUYAMACA COMMUNITY COLLEGE DISTRICT GOVERNING BOARD, DEBBIE JUSTESON, ELENA ADAMS, BRAD MONROE, LINDA CARTWRIGHT, JULIE SCHORR, AIMEE GALLAGHER, SAN DIEGO COMMUNITY COLLEGE DISTRICT, CARLOS O. TURNER CORTEZ, SAN DIEGO COMMUNITY COLLEGE DISTRICT BOARD OF TRUSTEES, BERNIE RHINERSON. CRAIG | Action Date:March 30, 2022<br>Final Pretrial Conf:  December 12, 2025<br>Trial date:    Not Set |

1

| | |
|---|---|
| **South Orange County Community College District's Notice of Order** | **Case No. 3:22-cv-00424-AGS-DDL** |

1    MILGRIM, GEYSIL ARROYO, MARIA
     NIETO SENOUR, MARY GRAHAM,
2    GREG SMITH, SOUTH ORANGE
     COUNTY COMMUNITY COLLEGE
3    DISTRICT, KATHLEEN F. BURKE,
     SOUTH ORANGE COUNTY
4    COMMUNITY COLLEGE DISTRICT
     BOARD OF TRUSTEES, MARCIA
5    MILCHIKER, TIMOTHY JEMAL,
     CAROLYN INMON, BARBARA J.
6    JAY, T.J. PRENDERGAST III, JAMES
     R. WRIGHT, TERRI WHITT RYDELL,
7    CINDY VYSKOCIL, ELLIOT STERN,
     JOHN C. HERNANDEZ,

8              Defendants.

9

10

11   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

12        On April 3 2025, the Court (Magistrate Judge David D. Leshner) issued an Order,

13   Dkt. No. 154, as follows:

14        Minute Entry for proceedings held before Magistrate Judge David D. Leshner: A

15   Status Conference was held on 4/3/2025. For the reasons discussed on the record,

16   Alexander Haberbush and Deborah Pauly are each ORDERED to file a notice of

17   appearance on behalf of Plaintiff Bonkowski by the close of business today, April 3,

18   2025. The Court further ORDERS that Plaintiff Bonkowski's deposition shall be

19   completed on May 6, 2025. Counsel shall work cooperatively with regard to the

20   scheduling and logistics of the deposition.

21        Counsel for South Orange County Community College District Board of Trustees

22   shall promptly serve notice of this Order on Mr. Haberbush and Ms. Pauly.

23   (Appearances: P. Bonkowski, pro se; D. Walsh for SOCCCD Board of Trustees; M.

24   Bumbu and P. Carelli for SDCCD). (Also present: A. Haberbush; D. Pauly).

25

26

27

28
                                          2
     **Defendants South Orange County**          **Case No. 3:22-cv-00424-AGS-DDL**
     **Community College District's**
     **Notice of Order**



1

Dated: April 3, 2025                         WALSH & ASSOCIATES, APC

2

3                                             By:  ___/s/ *Dennis J. Walsh*_____
                                              Dennis J. Walsh, Esq.
4                                             Attorney for SOCCCD Defendants

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

3

28

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA        )
                           )
3

COUNTY OF LOS ANGELES )

4

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years of age, and am not a party to the within action; my business address is 16633 Ventura Boulevard, Suite 800, Encino, California 91436.

5

6

      On the date herein below specified, I electronically served the foregoing document, described as set forth below on the interested parties in this action addressed as follows:

7

8

DATE OF SERVICE        :               April 3, 2025

9

DOCUMENT SERVED :

10

**SOUTH ORANGE COUNTY COMMUNITY COLLEGE DISTRICT'S NOTICE OF ORDER**

11

12

13

PARTIES SERVED        :

14

| Plaintiff: | Counsel for SDCCD: |
|---|---|
| Dora Meza<br>25671 Hallmark Circle<br>Homeland, CA  92548<br>(619) 414-0535<br>dora.meza@att.net<br><br>Paul Bonkowski<br>15 Fleurance Street<br>Laguna Niguel, CA  92677<br>(949) 444-4524<br>planngwaccuracy@yahoo.com | ARTIANO SHINOFF<br>Paul V. Carelli, IV, Esq.<br>pcarelli@as7law.com<br>Jack M. Sleeth Jr.108638<br>jsleeth@as7law.com<br>3636 Fourth Avenue, Suite 200<br>San Diego, California 92103<br>Telephone: 619-232-3122<br>Facsimile: 619-232-3264 |

15

16

17

18

19

20

21

22

XXX  (BY ELECTRONIC MAIL)  I caused such document(s) described above to be delivered via electronic mail via Adobe PDF format to the attorneys listed above. I served the document(s) described above by emailing to the person(s) at the electronic address(es) listed above. I did not receive any electronic message or indication that the transmission was unsuccessful. My email address is dzryd@walshlawyers.com.

23

24

25

26

27

XXX  (FEDERAL) I declare that I am employed in the office of a member of the bar

28

4

**Defendants South Orange County Community College District's Notice of Order**

**Case No. 3:22-cv-00424-AGS-DDL**

1    of this Court, at whose direction the service was made.

2

3    EXECUTED at Encino, California on April 3, 2025.

4

5                                          Deanna Zryd

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    5

1

# **PROOF OF SERVICE**

2

3

STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES )

4

5

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action; my business address is 16633 Ventura Boulevard, Suite 800, Encino, California 91436.

6

7

     On the date herein below specified, I electronically served the foregoing document, described as set forth below on the interested parties in this action addressed as follows:

8

DATE OF SERVICE          :          April 3, 2025

9

DOCUMENT SERVED :

10

11

**SOUTH ORANGE COUNTY COMMUNITY COLLEGE DISTRICT'S NOTICE OF ORDER**

12

13

PARTIES SERVED          :

14

| Non-Appearance Counsel of Record for Plaintiff Paul Bonkowski: | |
|---|---|
| Alexander Haberbush, Esq. ahaberbush@lexrex.org Deborah Pauly dpauly@lexrex.org LEX REX INSTITUTE 444 West Ocean Boulevard Suite 1403 Long Beach, CA 90802 kjones@lexrex.org | |

15

16

17

18

19

20

21

22

23

XXX  (BY ELECTRONIC MAIL)  I caused such document(s) described above to be delivered via electronic mail via Adobe PDF format to the attorneys listed above. I served the document(s) described above by emailing to the person(s) at the electronic address(es) listed above. I did not receive any electronic message or indication that the transmission was unsuccessful. My email address is dzryd@walshlawyers.com.

24

25

26

27

6

28

**Defendants South Orange County Community College District's Notice of Order**                    **Case No. 3:22-cv-00424-AGS-DDL**

1   <u>XXX</u>  (FEDERAL) I declare that I am employed in the office of a member of the bar
2       of this Court, at whose direction the service was made.

3       EXECUTED at Encino, California on April 3, 2025.

4

5

6                                          Deanna Zryd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    7