ARTIANO SHINOFF
Paul V. Carelli, IV, Esq. (SBN 190773)
pcarelli@as7law.com
Maurice A. Bumbu, Esq. (SBN 325343)
mbumbu@as7law,com
3636 Fourth Avenue, Suite 200
San Diego, California 92103
Telephone: 619-232-3122
Facsimile: 619-232-3264

Attorneys for Defendant SAN DIEGO COMMUNITY COLLEGE DISTRICT

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GEORGE, et al., | Case No.: 3:22-cv-424-L-AGS-DDL |
| Plaintiffs, | Dept.: 5B<br>Judge Andrew G. Schopler<br>Magistrate: Judge David D. Leshner |
| v. | |
| GROSSMONT CUYAMACA COMMUNITY COLLEGE DISTRICT GOVERNING BOARD, et al, | **SAN DIEGO COMMUNITY COLLEGE DISTRICT'S NOTICE OF ORDER TO DORA MEZA** |
| Defendants. | Action Date: March 30, 2022<br>Trial date:   December 12, 2025 (Final Pretrial Conference) |

TO ALL PARTIES: On April 3, 2025, the Court (Magistrate Judge David D. Leshner) issued an Order, Dkt. No. 155, as follows:

Minute Entry for proceedings held before Magistrate Judge David D. Leshner:

The Court held a Discovery Conference on 4/3/2025 to address a dispute regarding Defendant SDCCD's responses to written discovery served by pro se Plaintiff Dora Meza. For the reasons discussed on the record, the Court ORDERS as follows:

1. Meza and counsel for SDCCD shall promptly meet and confer regarding all outstanding disputes concerning Meza's discovery requests to SDCCD.

2. If any disputes remain despite the parties' good faith efforts to compromise, the parties shall email Judge Leshner's chambers to request a discovery conference by not later than April 10, 2025. Any such request MUST COMPLY with Judge Leshner's

1

Chambers Rules in all respects. The Court will not accept further noncompliant correspondence such as Meza's March 28, 2025 email to chambers and SDCCD's counsel's response to the same.

3. SDCCD must complete its production of responsive documents, and a supplemental privilege log (if any), by not later than <u>April 17, 2025</u>.

4. If there are disputes concerning Meza's responses to SDCCD's discovery requests or Meza's deposition, the parties shall meet and confer and follow Judge Leshner's procedures for discovery dispute resolution as set forth in the Chambers Rules.

5. Counsel for SDCCD shall promptly serve notice of this Order on Meza.

Dated: April 3, 2025                                ARTIANO SHINOFF

By: _____
Paul V. Carelli, IV
Maurice A. Bumbu
Attorneys for Defendant SAN DIEGO
COMMUNITY COLLEGE DISTRICT

*George, et al. v. Grossmont Cuyamaca CCD, et al.*
*Southern District Case No.: 3:22-cv-00424-AGS-DDL*

## PROOF OF SERVICE

### (State and Federal Court)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made. My business address is 3636 Fourth Avenue, Suite 200, San Diego, California 92103.

On April 3, 2025, I served the following document(s):

1. **SAN DIEGO COMMUNITY COLLEGE DISTRICT'S NOTICE OF ORDER TO DORA MEZA**

☒ **BY ELECTRONIC SERVICE** via e-mail sent to the parties listed in the service list without electronic error on April 3, 2025, by Nopealey Lay at nlay@as7law.com.

| | |
|---|---|
| Dora Meza<br>25671 Hallmark Circle<br>Homeland, CA 92548<br>dora.meza@att.net<br>(619) 414-0535<br><br>**PRO SE** | WALSH & ASSOCIATES, APC<br>Dennis J. Walsh, Esq. (SBN 106646)<br>16633 Ventura Boulevard, Suite 800<br>Encino, CA 91436<br>dwalsh@walshlawyers.com<br>arutter@walshlawyers.com<br>dzryd@walshlawyers.com<br>Telephone: 818-986-1776<br>Facsimile: 818-382-2071<br><br>**Attorneys for Defendant**<br>**SOUTH ORANGE COUNTY**<br>**COMMUNITY COLLEGE DISTRICT** |
| Paul Bonkowski<br>15 Fleurance Street<br>Laguna Niguel, CA 92677<br>planngwaccuracy@yahoo.com<br>(949) 444-4524<br><br>**PRO SE** | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 3, 2025, at San Diego, California.

/s/ Nopealey Lay
Nopealey Lay