ARTIANO SHINOFF
Paul V. Carelli, IV, Esq. (SBN 190773)
pcarelli@as7law.com
Maurice A. Bumbu, Esq. (SBN 325343)
mbumbu@as7law,com
3636 Fourth Avenue, Suite 200
San Diego, California 92103
Telephone: 619-232-3122
Facsimile: 619-232-3264

Attorneys for Defendant SAN DIEGO COMMUNITY COLLEGE DISTRICT

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GEORGE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GROSSMONT CUYAMACA COMMUNITY COLLEGE DISTRICT GOVERNING BOARD, et al,<br><br>Defendants. | Case No.: 3:22-cv-424-L-AGS-DDL<br>Dept.: 5B<br>Judge Andrew G. Schopler<br>Magistrate: Judge David D. Leshner<br><br>**SAN DIEGO COMMUNITY COLLEGE DISTRICT'S NOTICE OF ORDER TO DORA MEZA**<br><br>Action Date: March 30, 2022<br>Trial date: December 12, 2025 (Final Pretrial Conference) |

TO ALL PARTIES: On April 24, 2025, the Court (Magistrate Judge David D. Leshner) issued an Order, Dkt. No. 160, as follows:

Minute Order Setting Discovery Conference.

At the parties' request and pursuant to Judge Leshner's Chambers Rules, the Court sets a Discovery Conference for April 24, 2025 at 4:30 p.m. Appearances can be made using the following Zoom credentials:

Meeting ID: 161 236 9956

Passcode: 696207

Counsel for SDCCD shall provide notice of this order to pro se plaintiff Dora Meza.

/ / /

1

**SAN DIEGO COMMUNITY COLLEGE DISTRICT'S NOTICE OF ORDER TO DORA MEZA**   3:22-cv-424-L-AGS-DDL

{AS7 Law San Diego/001037/000607/PL/S0595265.DOCX}

| | |
|---|---|
| Dated: April 24, 2025 | ARTIANO SHINOFF |
| | By: _____ |
| | Paul V. Carelli, IV |
| | Maurice A. Bumbu |
| | Attorneys for Defendant SAN DIEGO COMMUNITY COLLEGE DISTRICT |

*George, et al. v. Grossmont Cuyamaca CCD, et al.*
*Southern District Case No.: 3:22-cv-00424-AGS-DDL*

## PROOF OF SERVICE

### (State and Federal Court)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made. My business address is 3636 Fourth Avenue, Suite 200, San Diego, California 92103.

On April 24, 2025, I served the following document(s):

1. **SAN DIEGO COMMUNITY COLLEGE DISTRICT'S NOTICE OF ORDER TO DORA MEZA**

☒ **BY ELECTRONIC SERVICE** via e-mail sent to the parties listed in the service list without electronic error on April 24, 2025, by Nopealey Lay at nlay@as7law.com.

| | |
|---|---|
| Dora Meza<br>25671 Hallmark Circle<br>Homeland, CA 92548<br>dora.meza@att.net<br>(619) 414-0535<br><br>**PRO SE** | WALSH & ASSOCIATES, APC<br>Dennis J. Walsh, Esq. (SBN 106646)<br>16633 Ventura Boulevard, Suite 800<br>Encino, CA 91436<br>dwalsh@walshlawyers.com<br>arutter@walshlawyers.com<br>dzryd@walshlawyers.com<br>Telephone: 818-986-1776<br>Facsimile: 818-382-2071<br><br>**Attorneys for Defendant**<br>**SOUTH ORANGE COUNTY**<br>**COMMUNITY COLLEGE DISTRICT** |
| Paul Bonkowski<br>15 Fleurance Street<br>Laguna Niguel, CA 92677<br>planngwaccuracy@yahoo.com<br>(949) 444-4524<br><br>**PRO SE** | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 24, 2025, at San Diego, California.

/s/ Nopealey Lay
Nopealey Lay