Dora Meza, Pro Se
25671 Hallmark Circle,
Homeland, CA. 92548
Email: Dora.Meza@att.net

APR 3 0 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GEORGE, ET AL., <br><br> Plaintiff, <br><br> vs. <br><br> GROSSMONT CUYAMACA COMMUNITY COLLEGE DISTRICT BOARD OF GOVERNORS, ET AL., <br><br> Defendant | Case No.: 3:22-cv-00424-L-AGS-DDL <br> Dept. 15B <br> Judge: Hon. Andrew G. Schopler <br> Magistrate Judge: Hon. David D. Leshner <br><br> **DECLARATION OF DORA MEZA IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS** <br><br> *[Filed concurrently with motion]* <br><br> Action Date: March 30, 2022 <br> Final Pretrial Conf: December 12, 2025 <br> Trial Date: Not Set |

I, Dora Meza, declare as follows:

I am the Plaintiff in this action and have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently thereto.

On April 25, 2025, Defendants produced a document labeled (SDCCD 00520), an August 7, 2022 email from Gregory Smith to other District

administrators regarding the denial of my religious accommodation request and the decision to place me on administrative leave pending termination.

Prior to April 25, 2025, Defendant's had not produced this document, nor identified it in their initial disclosures, interrogatory responses, or in any prior document production.

Defendant's also failed to list this document on their privilege log, even though it is highly relevant to the claims and defenses in this case, and despite this Court's prior orders requiring full disclosure of responsive documents and communications.

The August 7, 2022 email is highly material to my claim that Defendant's actions against me; including the pre-termination proceedings and placement on administrative leave; were retaliatory in nature and not based on any legitimate undue hardship analysis, as Defendant's have claimed. This document evidences that Defendant's predetermined adverse employment actions immediately after I engaged in protected activity, thereby supporting my retaliation claim and undermining Defendant's undue hardship defense as pretextual.

Further, throughout the course of discovery, Defendant's never identified in their initial disclosures, interrogatory responses, or supplemental disclosures any individual with personal knowledge of conducting, preparing, or participating in an individualized assessment or risk analysis relating to my religious accommodation request.

DECLARATION OF DORA MEZA IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS

3:22-CV-00424-L-AGS-DDL

The absence of this document and the failure to disclose any witness connected to the alleged individualized assessment prejudiced my ability to prepare for depositions, develop discovery strategies, and assess the asserted defenses related to individualized assessments and undue hardship.

To date, Defendant's have also failed to produce or disclose any individualized assessment or risk analysis allegedly conducted in connection with my religious accommodation request, despite referencing such assessments during litigation.

Accordingly, I respectfully request that the Court compel Defendant's to produce all responsive documents and communications and issue sanctions prohibiting Defendant's from introducing at trial, or in any dispositive motion, any document, communication, or verbal testimony concerning an individualized assessment or risk analysis that was not disclosed during discovery, as required by the Federal Rules of Civil Procedure and this Court's orders.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated April 29, 2025, in Homeland, California.

                                                     *[signature]*
                                                     Dora Meza
                                                     Plaintiff, In Pro Se

DECLARATION OF DORA MEZA IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS

3:22-CV-00424-L-AGS-DDL