1. EXHIBIT 1
   AUGUST 7, 2022 GREG SMITH EMAIL (SDCCD000520)

2. EXHIBIT 2
   APRIL 25, 2025 DEFEDANT PRODUCTION EMAIL

3. EXHIBIT 3
   PLAINTIFF'S LODGE REQUEST FOR PRODUCTION OF DOCUMENTS

4. EXHIBIT 4
   PLAINTIFF FIRST SET OF INTERROGATORIES

5. EXHIBIT 5
   DEFENDANTS RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENT

6. EXHIBIT 6
   DEFENDANTS RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES & SUPPLEMENTAL RESPONSES

7. EXHIBIT 7
   DEFENDANT'S PRIVILEGE LOGS

**From:** Gregory Smith
**Sent:** Sunday, August 7, 2022 5:12 PM
**To:** Marciano Perez <mperez@sdccd.edu>; Ricky Shabazz <rshabazz@sdccd.edu>
**Cc:** Rachel Wilker <rwilker@sdccd.edu>; Christopher May <cmay@sdccd.edu>
**Subject:** Exemption and Accommodation Determination - Dora Meza

Hi Ricky and Marciano,

We've finalized the selection of Dora Meza for the Director of Admissions and Records position. I have evaluated her current exemption from the COVID-19 vaccination requirement and accommodation options. Given the level of in-person, close contact with employees and students necessary to perform her essential job duties, we will not be able to accommodate Dora's exemption going forward in the fall semester. As a result, she will need to be vaccinated or she will be referred for termination. Dora is a named plaintiff in the current lawsuit against the District's based on its COVID protocols, so we will not immediately recommend termination following the notice I send her, but we will be placing her on a paid leave accommodation at the start of the fall semester until we can proceed with the termination recommendation (we are waiting on the Court's decision on a temporary restraining order filed by the plaintiffs' attorney).

I wanted to let you know before I send a separate email to Dora, which I will CC you on.

Greg

Gregory Smith
Vice Chancellor, Human Resources
Office: 619-388-6589
Fax: 619-388-6897
gsmith@sdccd.edu



This email and any files transmitted with it are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, or believe that you may have received this communication in error, please advise the sender via reply email and destroy all copies of the original message.

SDCCD 00520

# SDCCD 4.25.25 Document Production (SDCCD 00513-00520)

From: Maurice Bumbu (mbumbu@as7law.com)

To: dora.meza@att.net

Cc: pcarelli@as7law.com; bfregoso@as7law.com; mfrazer@as7law.com; nlay@as7law.com

Date: Friday, April 25, 2025 at 05:18 PM PDT


Dear Dora, attached please find the District's 4/25/25 document production.

Thank you and have a nice weekend,
Maurice



**Maurice A. Bumbu, Esq.**
Artiano Shinoff
3636 Fourth Ave., Suite 200
San Diego, California 92103
Phone: (619) 232-3122 ext. 134
Direct Dial: (619) 881-1335
Fax: (619) 232-3264
Email: mbumbu@as7law.com

PRIVILEGED COMMUNICATION
The information contained in this e-mail, and any attachments thereto, is only for the use of the recipient(s) named above. This message, and its attachments, may contain information that falls under the attorney-client and/or work product privileges. Receipt of this message by an unintended recipient does not constitute a waiver by the sender of any and all applicable privileges. If you are not the intended recipient of this e-mail and any attachments, or an agent responsible for delivering it to the intended recipients, you are hereby notified that any use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by e-mail, permanently delete the e-mail and any attachments immediately, and destroy all copies.

 Please consider the environment before printing this e-mail or attachments

 SDCCD 4.25.25 Doc Production (SDCCD 00513-00520) (S0595346).PDF
1007kB