# EXHIBIT 5
# DEFENDANTS RESPONSE TO REQUEST
# FOR PRODUCTION OF DOCUMENT

1  ARTIANO SHINOFF
   Paul V. Carelli, IV, Esq. (SBN 190773)
2  pcarelli@as7law.com
   Jack M. Sleeth Jr., Esq. (SBN 108638)
3  jsleeth@as7law.com
   Maurice A. Bumbu, Esq. (SBN 325343)
4  mbumbu@as7law,com
   3636 Fourth Avenue, Suite 200
5  San Diego, California 92103
   Telephone: 619-232-3122
6  Facsimile: 619-232-3264

7  Attorneys for Defendant SAN DIEGO
   COMMUNITY COLLEGE DISTRICT
8
                     UNITED STATES DISTRICT COURT
9
            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11  JUDY GEORGE, et al.,                Case No.: 3:22-cv-424-L-AGS-DDL
                                        Dept.: 5B
          Plaintiffs,                   Judge Andrew G. Schopler
12                                      Magistrate: Judge David D. Leshner
13       v.

14  GROSSMONT CUYAMACA               **SAN DIEGO COMMUNITY**
    COMMUNITY COLLEGE DISTRICT       **COLLEGE DISTRICT RESPONSE**
15  GOVERNING BOARD, et al,          **TO DORA MEZA'S**
                                     **REQUEST FOR PRODUCTION OF**
         Defendants.                 **DOCUMENTS, SET ONE**
16
17                                   Action Date:March 30, 2022
                                     Trial date:   December 12, 2025 (final
18                                                  pretrial conference)

19  PROPOUNDING PARTY:      DORA MEZA, Plaintiff

20  RESPONDING PARTY:       SAN DIEGO COMMUNITY COLLEGE DISTRICT,
                            Defendant
21
    SET:                    ONE
22
         Pursuant to California Code of Civil Procedure section 2031.010, et  seq.,

23  Defendant SAN DIEGO COMMUNITY COLLEGE DISTRICT ("Defendant"  or

24  "Responding Party") makes the following responses and objections to the    document

25  request. These responses and objections are made solely for the purpose of this action.

26  Each answer is subject to all objections as to competence, relevance, materiality,

27  propriety and admissibility and any and all objections and grounds that would  require

28
                                          1

ARTIANO SHINOFF

1 | the exclusion of any statement herein if requests were asked of or any statement or
2 | admission contained herein were made by a witness present and testifying in court, all
3 | of which objections and grounds are reserved and may be interposed at the time of trial.

4 | The following responses are based on information presently available to
5 | Responding Party, and except for explicit facts admitted herein, no incidental or implied
6 | admissions are intended hereby. The fact that Responding Party has answered part or
7 | all of the document request is not intended and shall not be construed to be a waiver by
8 | Responding Party of all or any part of any objection to any document request.

9 | To the extent any or all of the document requests call for information which
10 | constitutes information or material prepared in anticipation of litigation, or for trial, or
11 | information or material covered by the work-product doctrine, or which constitutes
12 | information which is privileged by virtue of the attorney-client privilege, Responding
13 | Party objects to each and every such document request and thus will not supply or render
14 | any information or material protected from discovery by virtue of the work-product
15 | doctrine or attorney-client privilege.

16 | To the extent that these document requests assume facts that have not been
17 | established or are not known to this Responding Party, they are objected to.

18 | Defendant has made a diligent search and inquiry in order to gather information
19 | in response to these requests for production. Defendant specifically reserves its right to
20 | supplement its responses as needed. Discovery is currently ongoing and Responding
21 | Party shall supplement these responses as additional information is discovered.

22 | ## RESPONSES TO REQUEST FOR PRODUCTION
23 | **REQUEST FOR PRODUCTION 1:**

24 | All internal emails, memoranda, meeting notes, reports, or communications
25 | between SDCCD personnel and/or outside consultants discussing the COVID-19 risks
26 | posed by vaccinated and unvaccinated employees from May 1, 2021 to March 30, 2023.

27 |
28 |

ARTIANO SHINOFF

2

SAN DIEGO COMMUNITY COLLEGE DISTRICT RESPONSE     3:22-cv-424-L-AGS-DDL
TO DORA MEZA'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

{AS7 Law San Diego/001037/000607/DI/S0591324.DOCX}

**RESPONSE TO REQUEST FOR PRODUCTION 1:**

Objection. Responding Party objects to the request for production on the grounds that it is vague or ambiguous as to the term "internal emails," is overbroad, and is compound. Without waiving the foregoing objections, Responding Party responds as follows: Responding Party does not possess responsive documents between SDCCD personnel and "outside consultants." Responding Party will produce those nonprivileged, responsive documents in its possession, custody or control. Responding Party will not produce documents discussing individual employees other than Plaintiff as this would constitute a violation of employee privacy rights.

Discovery and investigation continue and Responding Party reserves the right to amend or supplement this response or corresponding document production.

**REQUEST FOR PRODUCTION 2:**

All documents, policies, guidelines, or directives that SDCCD used to evaluate and determine whether an employee who was granted a religious exemption from the COVID-19 vaccine could be reasonably accommodated.

**RESPONSE TO REQUEST FOR PRODUCTION 2:**

Objection. Responding Party objects to the request for production on the grounds that it is overbroad, vague and ambiguous as to the term "directives," and is compound. Responding Party further objects to the request for production on the grounds that it is overly burdensome as it seeks documents that SDCCD "used," namely federal, state, and local laws and guidance, which are voluminous in nature, part of the public domain, and not in the District's current possession, custody or control. Without waiving the foregoing objections, Responding Party responds as follows: Responding Party will produce those nonprivileged, responsive documents in its possession, custody or control. Responding Party will not produce documents discussing individual employees other than Plaintiff as this would constitute a violation of employee privacy rights. Discovery and investigation continue and Responding Party reserves the right to amend

3

SAN DIEGO COMMUNITY COLLEGE DISTRICT RESPONSE                3:22-cv-424-L-AGS-DDL
TO DORA MEZA'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

{AS7 Law San Diego/001037/000607/DI/S0591324.DOCX}

ARTIANO SHINOFF

1 | or supplement this response or corresponding document production.

2 | **REQUEST FOR PRODUCTION 3:**

3 | All records of reported COVID-19 positive cases among SDCCD employees,
4 | specifying whether the employees were vaccinated or unvaccinated, from May 1, 2021,
5 | to March 30, 2023.

6 | **RESPONSE TO REQUEST FOR PRODUCTION 3:**

7 | Objection. Responding Party objects to the request for production on the grounds
8 | that it is not reasonably calculated to lead to the discovery of relevant, admissible
9 | information. Responding Party further objects to the request for production on the
10 | grounds that it seeks information protected by the right of privacy of third-party
11 | individuals. The information requested is protected from disclosure by state and federal
12 | privacy laws, including the Health Insurance Portability and Accountability Act
13 | (HIPAA). Without waiving the foregoing objections, Responding Party responds as
14 | follows: Responding Party has already produced the relevant, nonprivileged, responsive
15 | records to Plaintiff in response to her Public Records Act request but will produce them
16 | once again in response to this request. Discovery and investigation continue and
17 | Responding Party reserves the right to amend or supplement this response or
18 | corresponding document production.

19 | **REQUEST FOR PRODUCTION 4:**

20 | All records, emails, policies, or communications discussing how SDCCD
21 | handled employees who tested positive for COVID-19, including whether vaccinated
22 | and unvaccinated employees were subject to different quarantine, leave, or return-to-
23 | work policies.

24 | **RESPONSE TO REQUEST FOR PRODUCTION 4:**

25 | Objection. The request for production is not reasonably calculated to lead to the
26 | discovery of relevant, admissible information, is overbroad, and is compound.
27 | Responding Party further objects to the request for production on the grounds that it

28 |

4

**SAN DIEGO COMMUNITY COLLEGE DISTRICT RESPONSE**                        **3:22-cv-424-L-AGS-DDL**
**TO DORA MEZA'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE**

{AS7 Law San Diego/001037/000607/DI/S0591324.DOCX}

ARTIANO SHINOFF

1  seeks information protected by the right of privacy of third-party individuals.    The

2  information requested is protected from disclosure by state and federal privacy    laws,

3  including the Health Insurance Portability and Accountability Act (HIPAA). The

4  request for production is also vague and ambiguous as to the term "handled." Without

5  waiving the foregoing objections, Responding Party responds as follows:  Responding

6  Party will produce those nonprivileged, responsive documents in its possession, custody

7  or control. Responding Party will not produce documents discussing    individual

8  employees other than Plaintiff as this would constitute a violation of employee privacy

9  rights.

10      Discovery and investigation continue and Responding Party reserves the right to

11  amend or supplement this response or corresponding document production.

12  **REQUEST FOR PRODUCTION 5:**

13      All communications between SDCCD Elected Board members, AFT President-

14  Jim Mahler, Human Resources personnel, administrators, and legal counsel discussing

15  Plaintiff Dora Meza's religious exemption, administrative leave, or return-to-work

16  status.

17  **RESPONSE TO REQUEST FOR PRODUCTION 5:**

18      Objection. Responding Party objects to the request for production on the grounds

19  that it is overbroad. Responding Party further objects to the request for production    to

20  the extent it violates the attorney-client privilege or attorney work product doctrine.

21  Without waiving the foregoing objections, Responding Party responds as follows:

22  Responding Party will produce those nonprivileged, responsive documents in its

23  possession, custody or control, if any.

24      Discovery and investigation continue and Responding Party reserves the right to

25  amend or supplement this response or corresponding document production.

26  **REQUEST FOR PRODUCTION 6:**

27      All communications, policies, or meeting records discussing how SDCCD

28

ARTIANO SHINOFF

5

SAN DIEGO COMMUNITY COLLEGE DISTRICT RESPONSE                    3:22-cv-424-L-AGS-DDL
TO DORA MEZA'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

{AS7 Law San Diego/001037/000607/DI/S0591324.DOCX}

ARTIANO SHINOFF

1   implemented or enforced accommodations for employees who were granted    medical

2   exemptions from the COVID-19 vaccine.

3   **RESPONSE TO REQUEST FOR PRODUCTION 6:**

4        Objection. Responding Party objects to the request for production on the grounds

5   that it seeks information protected by the right of privacy of third-party individuals. The

6   information requested is protected from disclosure by state and federal privacy    laws,

7   including the Health Insurance Portability and Accountability Act (HIPAA).

8   Responding Party further objects to the request for production on the grounds that it is

9   overbroad, compound, and not calculated to lead to the discovery of relevant, admissible

10  evidence. See Plaintiff's Response to SDCCD Interrogatory No. 7. The request for

11  production is also vague as to the term "policies." Without waiving the foregoing

12  objections, Responding Party responds as follows: Responding Party will produce those

13  nonprivileged, responsive documents in its possession, custody or control. Responding

14  Party will not produce documents discussing individual employees other than Plaintiff

15  as this would constitute a violation of employee privacy rights. Discovery    and

16  investigation continue and Responding Party reserves the right to amend or supplement

17  this response or corresponding document production.

18  **REQUEST FOR PRODUCTION 7:**

19       All documents, reports, or communications discussing disciplinary actions,

20  administrative leave, or termination for non-compliance with SDCCD's COVID-19

21  policies, specifying whether the employees in question sought a religious exemption, a

22  medical exemption, or did not seek an exemption.

23  **RESPONSE TO REQUEST FOR PRODUCTION 7:**

24       Objection. Responding Party objects to the request for production on the grounds

25  that it seeks information protected by the right of privacy of third-party individuals,

26  including confidential personnel matters relating to employee discipline. The

27  information requested is protected from disclosure by state and federal privacy laws,

28

6

SAN DIEGO COMMUNITY COLLEGE DISTRICT RESPONSE                    3:22-cv-424-L-AGS-DDL
TO DORA MEZA'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

{AS7 Law San Diego/001037/000607/DLS0591324.DOCX}

1  including the Health Insurance Portability and Accountability Act (HIPAA).
2  Responding Party further objects to the request for production on the grounds that it is
3  overbroad, compound, and not calculated to lead to the discovery of relevant, admissible
4  evidence. See Plaintiff's Response to SDCCD Interrogatory No. 7. Without waiving the
5  foregoing objections, Responding Party responds as follows: Responding Party will
6  produce those nonprivileged, responsive documents in its possession, custody or
7  control. Responding Party will not produce documents discussing individual employees
8  other than Plaintiff as this would constitute a violation of employee privacy rights.
9  Discovery and investigation continue and Responding Party reserves the right to amend
10  or supplement this response or corresponding document production.

11

12  Dated: March 27, 2025                ARTIANO SHINOFF

13

14
                                         By: _____
15                                            Paul V. Carelli, IV
                                              Jack M. Sleeth Jr.
16                                            Maurice A. Bumbu
                                              Attorneys for Defendant SAN DIEGO
17                                            COMMUNITY COLLEGE DISTRICT,

18

19

20

21

22

23

24

25

26

27

28

**SAN DIEGO COMMUNITY COLLEGE DISTRICT RESPONSE**                    **3:22-cv-424-L-AGS-DDL**
**TO DORA MEZA'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE**

{AS7 Law San Diego/001037/000607/DI/S0591324.DOCX}