# EXHIBIT 7
# DEFENDANT'S PRIVILEGE LOGS

ARTIANO SHINOFF
Paul V. Carelli, IV, Esq. (SBN 190773)
pcarelli@as7law.com
Maurice A. Bumbu, Esq. (SBN 325343)
mbumbu@as7law,com
3636 Fourth Avenue, Suite 200
San Diego, California 92103
Telephone: 619-232-3122
Facsimile: 619-232-3264

Attorneys for Defendant SAN DIEGO
COMMUNITY COLLEGE DISTRICT

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GEORGE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GROSSMONT CUYAMACA COMMUNITY COLLEGE DISTRICT GOVERNING BOARD, et al,<br><br>Defendants. | Case No.: 3:22-cv-424-L-AGS-DDL<br>Dept.: 5B<br>Judge Andrew G. Schopler<br>Magistrate: Judge David D. Leshner<br><br>**SAN DIEGO COMMUNITY COLLEGE DISTRICT'S PRIVILEGE LOG RE 4/1/25 PRODUCTION OF DOCUMENTS**<br><br>Action Date: March 30, 2022<br>Trial date:   December 12, 2025 (Final Pretrial Conference) |

In conjunction with its March 27, 2025 Responses to Plaintiff's Request for Production of Documents, Set One and April 1, 2025 document production, Defendant San Diego Community College District (SDCCD) hereby produces this privilege log.

1

| Date | Description of Document | Basis for Withholding |
|---|---|---|
| November 5, 2021 | Email correspondence between Vice Chancellor Greg Smith and General Counsel Ljubisa Kostic re individual employee medical exemptions | Third party employee privacy rights and attorney-client privilege.<br><br>Not only is this correspondence protected by the attorney-client privilege, this correspondence also relates to medical exemptions and does not relate to Plaintiff's individual claims whatsoever. |
| February 9, 2022 | Email correspondence between Vice Chancellor Greg Smith and General Counsel Ljubisa Kostic re individual (adjunct faculty) leave accommodations | Third party employee privacy rights and attorney-client privilege.<br><br>Not only is this correspondence protected by the attorney-client privilege, this correspondence also relates to adjunct faculty, not supervisors or managers like Plaintiff, |

2

| | | | |
|---|---|---|---|
| | | | and does not relate to Plaintiff's individual claims whatsoever. |
| | July 1, 2022 | Email correspondence between Vice Chancellor Greg Smith and General Counsel Ljubisa Kostic re general COVID-19 HR protocols | Not only is this correspondence protected by the attorney-client privilege, this correspondence also relates to general Human Resources questions and does not relate to Plaintiff's individual claims whatsoever. |

Dated: April 1, 2025

ARTIANO SHINOFF

By: _____
Paul V. Carelli, IV
Maurice A. Bumbu
Attorneys for Defendant SAN DIEGO
COMMUNITY COLLEGE DISTRICT

ARTIANO SHINOFF
Paul V. Carelli, IV, Esq. (SBN 190773)
pcarelli@as7law.com
Maurice A. Bumbu, Esq. (SBN 325343)
mbumbu@as7law,com
3636 Fourth Avenue, Suite 200
San Diego, California 92103
Telephone: 619-232-3122
Facsimile: 619-232-3264

Attorneys for Defendant SAN DIEGO
COMMUNITY COLLEGE DISTRICT

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GEORGE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GROSSMONT CUYAMACA COMMUNITY COLLEGE DISTRICT GOVERNING BOARD, et al,<br><br>Defendants. | Case No.: 3:22-cv-424-L-AGS-DDL<br>Dept.: 5B<br>Judge Andrew G. Schopler<br>Magistrate: Judge David D. Leshner<br><br>**SAN DIEGO COMMUNITY COLLEGE DISTRICT'S SUPPLEMENTAL 4/1/25 PRIVILEGE LOG AND 4/17/25 PRIVILEGE LOG**<br><br>Action Date: March 30, 2022<br>Trial date:   December 12, 2025 (Final Pretrial Conference) |

In conjunction with its March 27, 2025 Responses to Plaintiff's Request for Production of Documents, Set One, its April 1, 2025 document production, and its April 17, 2025 document production, Defendant San Diego Community College District (SDCCD) hereby produces this privilege log. The privilege log supplements SDCCD's April 1, 2025 privilege log with additional information and documents and provides a new privilege log dated April 17, 2025.

## SUPPLEMENTAL APRIL 1, 2025 PRIVILEGE LOG

| Date | Description of Document | Basis for Withholding |
|---|---|---|
| November 5, 2021 | 1. 11/5/21 Email from Karen Woods to Ljubisa Kostic and Frank Fenessey<br>2. 11/5/21 Email from Ljubisa Kostic to Karen Woods and Frank Fennessey replying to Karen Woods and CC'ing Vice Chancellor Greg Smith and Rachel Wilker<br>3. 11/5/21 Email from Greg Smith replying to Ljubisa Kostic, Karen Woods and Frank Fennessey and CC'ing Rachel Wilker<br>These emails relate to how the District could keep track of individual employee medical exemptions. Every email includes General Counsel Ljubisa Kostic. | Third party employee privacy rights and attorney-client privilege.<br><br>Not only is this correspondence protected by the attorney-client privilege, this correspondence also relates to medical exemptions and does not relate to Plaintiff's individual claims whatsoever. |
| February 9, 2022 | 1. 2/1/22 Email from Vice Chancellor Greg Smith to Karen Woods, Frank Fennessey and General Counsel Ljubisa Kostic regarding individual (adjunct faculty) leave accommodations | Third party employee privacy rights and attorney-client privilege.<br><br>Not only is this correspondence protected by the attorney-client privilege, this correspondence also |

ARTIANO SHINOFF

2

| | | |
|---|---|---|
| | | relates to adjunct faculty by name, not supervisors or managers like Plaintiff, and does not relate to Plaintiff's individual claims whatsoever. |
| July 1, 2022 | 1. 7/1/22 Email correspondence from Vice Chancellor Greg Smith to General Counsel Ljubisa Kostic, Karen Woods, Frank Fennessey, Rachel Wilker, Betty Robles-Leal, Karen Brown, Carmeter Lard, Annette De Lozier and Christopher May regarding general COVID-19 HR protocols | Not only is this correspondence protected by the attorney-client privilege, this correspondence also relates to general Human Resources questions and does not relate to Plaintiff's individual claims whatsoever. |

ARTIANO SHINOFF

3

SAN DIEGO COMMUNITY COLLEGE DISTRICT'S SUPPLEMENTAL 4/1/25    3:22-cv-424-L-AGS-DDL
PRIVILEGE LOG AND 4/17/25 PRIVILEGE LOG
{AS7 Law San Diego/001037/000607/DI/S0594904.DOCX}

## APRIL 17, 2025 PRIVILEGE LOG

| Date | Description of Document | Basis for Withholding |
|---|---|---|
| October 29, 2021 | 1. 10/29/21 Email from Frank Fennessey to General Counsel Ljubisa Kostic and Johanna Palkowitz regarding Plaintiff's unlawful discrimination complaint | Attorney-client privilege.<br><br>These emails relate to litigation and/or legal claims between Plaintiff and SDCCD. |
| January 27, 2022 | 1. 1/10/22 Email from Equal Opportunity & Diversity Officer Johanna Palkowitz to General Counsel Ljubisa Kostic regarding Plaintiff's unlawful discrimination complaint<br>2. 1/27/22 Email from General Counsel Ljubisa Kostic to Equal Opportunity & Diversity Officer Johanna Palkowitz responding to Ms. Palkowitz's 1/10/22 email. | Attorney-client privilege.<br><br>These emails relate to litigation and/or legal claims between Plaintiff and SDCCD. |
| January 27, 2022 | 1. 1/27/22 Email from General Counsel Ljubisa Kostic to Chancellor Carlos Cortez and CC'ing Vice Chancellor Greg Smith, Equal Opportunity & Diversity Officer Johanna Palkowitz, Margaret Lamb, and Ricky Shabazz regarding District's administrative determination regarding Plaintiff's | Attorney-client privilege.<br><br>These emails relate to litigation and/or legal claims between Plaintiff and SDCCD. |

ARTIANO SHINOFF

4

SAN DIEGO COMMUNITY COLLEGE DISTRICT'S SUPPLEMENTAL 4/1/25 PRIVILEGE LOG AND 4/17/25 PRIVILEGE LOG
{AS7 Law San Diego/001037/000607/DI/S0594904.DOCX}

3:22-cv-424-L-AGS-DDL

| | | | |
|---|---|---|---|
| | | unlawful discrimination complaint.<br>2. 1/27/22 Email from Chancellor Carlos Cortez to Ljubisa Kostic, Margaret Lamb, Ricky Shabazz, Greg Smith and Johanna Palkowitz responding to Mr. Kostic's 1/27/22 email. | |
| | June 24, 2022 | 1. 6/24/22 Email from Equal Opportunity & Diversity Officer Johanna Palkowitz to General Counsel Ljubisa Kostic regarding Plaintiff's Equal Employment Opportunity Commission (EEOC) complaint<br>2. 6/24/22 Email from Ljubisa Kostic to Johanna Palkowitz responding to Ms. Palkowitz's 6/24/22 email. | Attorney-client privilege.<br><br>These emails relate to litigation and/or legal claims between Plaintiff and SDCCD. |
| | September 15, 2022 | 1. 9/14/22 Email from Equal Opportunity & Diversity Officer Johanna Palkowitz to General Counsel Ljubisa Kostic regarding SDCCD's response to Plaintiff's Equal Employment Opportunity Commission (EEOC) complaint.<br>2. 9/15/22 Email from Ljubisa Kostic to Johanna Palkowitz responding to Ms. Palkowitz's 9/15/22 email. | Attorney-client privilege.<br><br>These emails relate to litigation and/or legal claims between Plaintiff and SDCCD. |

ARTIANO SHINOFF

SAN DIEGO COMMUNITY COLLEGE DISTRICT'S SUPPLEMENTAL 4/1/25
PRIVILEGE LOG AND 4/17/25 PRIVILEGE LOG
{AS7 Law San Diego/001037/000607/DI/S0594904.DOCX}

3:22-cv-424-L-AGS-DDL

| February 1, 2023 | 1. 2/1/23 Correspondence (Memorandum) from General Counsel Ljubisa Kostic to Vice Chancellor Greg Smith re impact of end of COVID-19 related emergencies on continued legality/viability of vaccination mandate. | Attorney-client privilege and attorney work product doctrine.<br><br>This legal memorandum is the work product of SDCCD's Gneral Counsel Ljubisa Kostic, and includes a discussion of the instant lawsuit against the District and legal issues/strategies therein. |
|---|---|---|
| December 5, 2024 | 1. 12/5/24 Email from Chancellor Greg Smith to General Counsel Ljubisa Kostic, Margaret Lamb, Jared Burns, and Rachel Wilker regarding SDCCD's litigation and investigation update. | Attorney-client privilege.<br><br>This email relates to litigation against the District and discusses a settlement demand made by Plaintiff Dora Meza. |

Dated: April 17, 2025

ARTIANO SHINOFF

By: _____
Paul V. Carelli, IV
Maurice A. Bumbu
Attorneys for Defendant SAN DIEGO COMMUNITY COLLEGE DISTRICT

6

SAN DIEGO COMMUNITY COLLEGE DISTRICT'S SUPPLEMENTAL 4/1/25 PRIVILEGE LOG AND 4/17/25 PRIVILEGE LOG
{AS7 Law San Diego/001037/000607/DI/S0594904.DOCX}

3:22-cv-424-L-AGS-DDL